171 A.3d 611

**STATE of Maryland**

v.

**WEDDINGTON, Robert Clifford**

**Pet. Docket No. 250, Sept. Term, 2017**

Court of Appeals of Maryland.

October 10, 2017

Opinion of the Court of Special Appeals unreported (No. 122, Sept. Term, 2016).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 52, Sept. Term, 2017.

171 A.3d 611

**WHEELER, Robert**

v.

**STATE of Maryland**

**Pet. Docket No. 246, Sept. Term, 2017**

Court of Appeals of Maryland.

October 10, 2017

Petition for writ of certiorari granted. Transferred to the regular docket as No. 50, Sept. Term, 2017.